PROB 35
(Rev. pawp 6/03)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

## UNITED STATES DISTRICT COURT

FOR THE

### Western District Of Pennsylvania

UNITED STATES OF AMERICA

v.

Jason Watkins

Criminal No. 0315 2:00CR00209-004

On July 26, 2004, the above named began supervised release for a period of 60 months. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

_John P. Kuklar_
John P Kuklar
United States Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _14th_ day of _November_, 20 _07_.

_Maurice B. Cohill, Jr._
Maurice B. Cohill Jr.
Senior United States District Judge